UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VICTOR VARGAS,<br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | )<br>)<br>)<br>)   **Criminal No. 06-10292-PBS**<br>)<br>)<br>) |

## ORDER

Upon consideration of the *Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody* (the "§ 2255 Motion") filed by *Pro Se* Petitioner Victor Vargas ("Vargas") in the above-captioned action, and the United States of America's response thereto, it is hereby ORDERED and DIRECTED as follows:

(1) The petitioner, Vargas must file a supplement to his § 2255 Motion, which includes: (a) confirmation he has waived his attorney-client privilege with respect to the factual issues concerning effective representation by his attorney, and (b) to supplement this petition with his version of every significant conversation or communication he had with his trial counsel, Frank Fernandez, Esquire, pertaining to the claims of ineffectiveness made in his motion, together with any documents he may have which bear on this issue;

(2) Within 14 days of receipt of such waiver and supplement, the government is hereby ORDERED to serve a copy of such waiver and supplement, along with a copy of the petitioner's § 2255 Motion and supporting memorandum, upon Attorney Fernandez; and

(3) Within 30 days of receipt from the government of a copy of such waiver and supplement, Attorney Fernandez, will be given the opportunity to file an affidavit under oath responding to petitioner Vargas's allegations and setting forth pertinent details concerning conversations, correspondence, and/or relevant documentation exchanged with Vargas either during or after his guilty plea and sentencing hearings pertaining to Vargas's claims of ineffective assistance of counsel.

(4) If Vargas fails to file the supplement within 30 days of the date of this order the petition will be dismissed.

SO ORDERED:

PATTI B. SARIS
United States District Judge
District of Massachusetts

DATED: 9/30/2010